No. 95–437. THOMAS ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–441. PUENTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–461. MASSARO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5569. SAENZ *v.* DIESSLIN, REGIONAL DIRECTOR, COLORADO CORRECTIONAL SERVICES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5587. STOW *v.* MARSHALL, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL INSTITUTION, ET AL. App. Ct. Mass. Certiorari denied.

No. 95–5603. VAN LEE *v.* MAYER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5605. BRANNSON *v.* ELY, JUDGE, CIRCUIT COURT OF MISSOURI, JACKSON COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–5606. MACGUIRE *v.* RICH. C. A. 6th Cir. Certiorari denied.

No. 95–5615. SCOTT *v.* ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5617. TAYLOR *v.* LECUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5623. WOOLDRIDGE *v.* YARBROUGH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5625. SHIEH *v.* EBERSHOFF ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–5627. SOLIMINE *v.* ORTHO MCNEIL PHARMACEUTICAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–5628. OSLUND *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.